# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **FRANKLIN VOSTATEK,** | : | |
| | : | |
| Petitioner, | : | Case No. 2:22-cv-3158 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| **RESIDENTIAL REENTRY MANAGER, CINCINNATI OFFICE, FEDERAL BUREAU OF PRISONS** | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendant. | : | |

## ORDER

On January 12, 2023, the Magistrate Judge issued a Report and Recommendation ("R&R") (ECF No. 12) recommending that this Court dismiss this action as moot. Petitioner filed this habeas action pursuant to 28 U.S.C. § 2241 seeking application of earned time credits and recalculation of his release date, but Petitioner was released prior to the Magistrate Judge issuing the R&R. (*Id.* at 1–3). The parties were advised of their right to object to the R&R within fourteen days and of the rights they would waive by failing to do so. (*Id.* at 3).

This Court has reviewed the R&R. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court **ADOPTS** the R&R (ECF No. 12) and **DISMISSES AS MOOT** Petitioner's Petition for Writ of Habeas Corpus.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  August 11, 2023**